# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DELL TECHNOLOGIES INC., DELL INC., and MICROSOFT CORPORATION<br><br>  Defendants. | Civil Action No. 6:22-cv-254-ADA |

## ORDER GRANTING AGREED MOTION TO TRANSFER

Before the Court is the parties' Agreed Motion for Intra-district to Transfer to the Austin Division. The motion is hereby GRANTED and this case is ordered TRANSFERRED to the Austin Division of the Western District of Texas.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE