IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, | § § § § § § § § § § | |
| Plaintiff / Counter Defendant, | | |
| v. | | 1:22-CV-973-RP |
| DELL TECHNOLOGIES, INC., et al., | | |
| Defendants / Counter Plaintiffs. | | |

**ORDER**

**IT IS ORDERED** that the Court's Text Order on January 24, 2023, staying this case and referring the case to United States Magistrate Judge Dustin Howell is **VACATED**.

**IT IS FURTHER ORDERED** that the stay on this case is **LIFTED**.

**IT IS FINALLY ORDERED** that Defendant's Motion to Stay Case, (Dkt. 60), is REFERRED to United States Magistrate Judge Dustin Howell for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on January 24, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE