UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., and MICROSOFT CORPORATION,<br><br>Defendants. | Civil Action No. 1:22-cv-973-RP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEVELOPMENT IN RELATED ACTION

Defendants Dell Technologies Inc., Dell Inc., and Microsoft Corporation (collectively, "Defendants") respectfully submit this Notice to inform the Court of a recent development in Plaintiff Polaris PowerLED Technologies, LLC's ("Polaris") patent infringement action against Nintendo Co., Ltd. and Nintendo of America Inc. (together, "Nintendo") involving U.S. Patent No. 8,223,117 (the "'117 patent"). That case is currently pending in the U.S. District Court for the Western District of Washington, Case No. 2:22-cv-00386-JLR ("Nintendo Action"). The same '117 patent is at issue in the present case and is the subject of a pending motion to stay proceedings pending *ex parte* reexamination. *See* Dkt. 60.

Following the January 5, 2023 decision by the U.S. Patent and Trademark Office ("PTO") ordering reexamination of the '117 patent (*see* Dkt. 74-1), Nintendo moved to stay their case pending the resolution of the *ex parte* reexamination, noting that the PTO instituted reexamination

1

of all asserted claims in the case. *See* Nintendo Action, Dkt. 53 at 1. Polaris subsequently filed an opposition to the motion to stay. *See* Nintendo Action, Dkt. 68. On January 31, 2023, the court (in a sealed order) granted Nintendo's motion to stay the case pending *ex parte* reexamination. *See* Nintendo Action, Dkt. 91.

|  |  |
|---|---|
| February 1, 2023 | Respectfully submitted, |
|  | */s/ Melissa R. Smith* |
|  | Ranganath Sudarshan (*pro hac vice*)<br>rsudarshan@cov.com<br>Daniel Farnoly (*pro hac vice*)<br>dfarnoly@cov.com<br>Emily Mondry (*pro hac vice*)<br>emondry@cov.com<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-6000 |
|  | Philip Irwin (*pro hac vice*)<br>pirwin@cov.com<br>Matthew Phelps (*pro hac vice*)<br>mphelps@cov.com<br>**COVINGTON & BURLING LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 |
|  | Melissa R. Smith<br>Texas Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM AND SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, TX 75670<br>(903) 934-8450<br>Fax: (903) 934-9257 |
|  | *Attorneys for Defendants Dell Technologies Inc., Dell Inc., and Microsoft Corporation* |

Michael John Newton (TX. Bar No. 24003844)
Brady Cox (TX. Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Emily Chambers Welch (GA Bar No. 606071, *pro hac vice*)
Monique Mead (GA Bar No. 533191)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street NE, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
emily.welch@alston.com
monique.mead@alston.com

*Attorneys for Defendants Dell Technologies Inc. and Dell Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2023, a true and correct copy of the above and foregoing document was served via email to all counsel of record.

*/s/ Melissa R. Smith*
Melissa R. Smith