IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br><br>DELL TECHNOLOGIES INC. ET AL<br><br>        Defendants. | Case No. 1:22-CV-00973-RP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL
## M. ELIZABETH DAY AND MARC BELLOLI

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Local Rule AT-3, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris") hereby request that M. Elizabeth Day and Marc Belloli be withdrawn as counsel for Polaris in the above-captioned matter. Ms. Day and Mr. Belloli are no longer employed by Kramer Alberti Lim & Tonkovich LLP. Polaris will continue to be represented by its remaining counsel of record.

Defendants have indicated that they do not oppose the withdrawal of Ms. Day and Mr. Belloli.

| | |
|---|---|
| Dated: March 20, 2023 | Respectfully submitted,<br><br>/s/ *Robert F. Kramer*<br>Robert F. Kramer (*pro hac vice*)<br>rkramer@krameralberti.com<br>David Alberti (*pro hac vice*)<br>dalberti@krameralberti.com<br>Sal Lim (*pro hac vice*)<br>slim@krameralberti.com |

>Russell Tonkovich (*pro hac vice*)
>rtonkovich@krameralberti.com
>Robert Y. Xie (*pro hac vice*)
>rxie@krameralberti.com
>**KRAMER ALBERTI LIM & TONKOVICH LLP**
>577 Airport Boulevard, Suite 250
>Burlingame, California 94010
>Tele: (650) 825-4300/Fax: (650) 460-8443
>
>Wesley Hill (Texas Bar No. 24032294)
>wh@wsfirm.com
>Andrea L. Fair (Texas Bar No. 24078588)
>andrea@wsfirm.com
>Claire Abernathy Henry
>claire@wsfirm.com
>**WARD, SMITH & HILL, PLLC**
>1507 Bill Owens Parkway
>Longview, Texas 75604
>Tel: 903-757-6400
>Fax: 903-757-2323
>
>*Attorneys for Plaintiff*
>Polaris PowerLED Technologies, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this March 20, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b).

>/s/ *Robert F. Kramer*