IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, | § § § | |
| PLAINTIFF, | § § | |
| V. | § | 1:22-CV-00973-ADA |
| | § | |
| DELL TECHNOLOGIES, INC., DELL INC., and MICROSOFT CORPORATION, | § § § | |
| DEFENDANTS. | § § | |

**NOTICE**

On January 7, 2026, Plaintiff Polaris PowerLED Technologies, LLC ("Plaintiff") and Defendants Dell Technologies, Inc. Dell Inc. (collectively "Dell") and Microsoft Corporation ("Microsoft") (collectively all defendants "Defendants"), filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 138.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)).

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON JANUARY 8, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE